Court of Criminal Appeals of Texas.

Nov. 11, 1942.

## THOMPSON v. STATE.
### No. 22276.

Court of Criminal Appeals of Texas.

Nov. 11, 1942.

Penn J. Jackson, of Cleburne, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted on a charge of driving while intoxicated and assessed a fine of Fifty Dollars.

The record is before us without statement of facts or bills of exception. The procedure appears to be regular and nothing is presented for the consideration of this Court.

The judgment of the trial court is affirmed.